# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHARLES JOLSON DEES,<br><br>       Plaintiff,<br>v.<br><br>MARK F. CLEMENTS, NURSE HOBAN, DONNA FONTANA, BETH DITTMANN, JOANNE BOVEE, WARDEN PAUL KEMPER, CAPTAIN CHAMPAM, DEPUTY WARDEN JOHNSON, SECURITY DIRECTOR ALDANA, SGT. PIECH, SGT. HAGERTY, OFFICER AKER, K. VASQUESZ, K. SCHULTZ, M. REDD, A. HILTANEN, B. LABELLE, B. HOMPE, CATHY JESS, and SGT. M. GREEN,<br><br>       Defendants. | Case No. 18-CV-54-JPS<br><br><br><br><br><br><br><br>**ORDER** |

On January 1, 2018, Plaintiff, a prisoner proceeding *pro se*, filed a complaint and a motion for leave to proceed *in forma pauperis*. (Docket #1, #2). He also filed what purported to be a copy of his trust account statement for the six-month period immediately preceding the filing of this action. (Docket #3). The information in that statement is used by the Court to calculate a prisoner's initial partial filing fee ("IPFF") as mandated by 28 U.S.C. § 1915(b)(1). However, the trust account statement Plaintiff filed was not complete—several weeks in each month are not accounted for—and was not certified, as the statute requires. *Id.* § 1915(a)(2). As a consequence, the Court cannot perform the IPFF calculation.

Plaintiff was warned of this deficiency in a letter from the Clerk of the Court dated January 10, 2018. (Docket #4). The Clerk afforded him twenty-one days to file a complete, certified copy of his six-month trust account statement, but he has not done so. The Court issues this final warning to Plaintiff: he must file a complete, certified copy of his six-month trust account statement as required in Section 1915(a)(2) no later than **February 9, 2018**, otherwise his case will be dismissed for failure to prosecute. Civ. L. R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

Accordingly,

**IT IS ORDERED** that Plaintiff shall file a certified copy of his prisoner trust account statement for the preceding six months no later than **February 9, 2018**. Failure to do so will result in dismissal of this action.

Dated at Milwaukee, Wisconsin, this 2nd day of February, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge